JONATHAN GENTIN, SBN 190199
THE LAW OFFICES OF GENTIN AND ASSOCIATES
2715 Diericx Drive, Suite 400
Mountain View, California 94040
Telephone: (650) 625-0700
Facsimile: (650) 649-1992

Attorney for Plaintiff
OPTIMAL MARKETS, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPTIMAL MARKETS, INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>RELIANCE INFOCOMM LIMITED, a company organized under the laws of India<br><br>Defendant | Case No. C054086<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Optimal Markets, Inc. hereby files this request to dismiss this action with prejudice and submits the accompanying [Proposed] Order. The complaint was filed on October 11, 2005.

The parties have resolved this matter and Plaintiff Optimal Markets, Inc. hereby consents to the dismissal.

Dated: December 2, 2005

LAW OFFICES OF GENTIN AND ASSOCIATES

By: *Jonathan Gentin*
JONATHAN GENTIN

Attorney for Plaintiff Optimal Markets, Inc.

JONATHAN GENTIN, SBN 190199
THE LAW OFFICES OF GENTIN AND ASSOCIATES
2715 Diericx Drive, Suite 400
Mountain View, California 94040
Telephone: (650) 625-0700
Facsimile: (650) 649-1992

Attorney for Plaintiff
OPTIMAL MARKETS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPTIMAL MARKETS, INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>RELIANCE INFOCOMM LIMITED, a company organized under the laws of India<br><br>Defendant | Case No. C054086<br><br>[PROPOSED] ORDER |

Having reviewed Plaintiff Optimal Market, Inc.'s Request for Dismissal With Prejudice and good cause appearing, the Court hereby GRANTS Plaintiff's Request to Dismiss this action With Prejudice.

**IT IS SO ORDERED.**

DATE: ___December 19, 2005___

UNITED STATES DISTRICT JUDGE / MAGISTRATE


Judge Edward M. Chen